# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Olympic Wholesale Produce, Inc. | FILED: JULY 3, 2008 |
| v. | 08CV3813 |
| Tri County Produce, Inc., et al. | JUDGE GOTTSCHALL |
| | MAGISTRATE JUDGE DENLOW |
| | YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Olympic Wholesale Produce, Inc.

| | |
|---|---|
| **NAME** (Type or print) | |
| Gretchen Wehrenberg Stewart | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Gretchen Wehrenberg Stewart | |
| **FIRM** | |
| Adelman Law Offices, P.C. | |
| **STREET ADDRESS** | |
| 1901 N. Roselle Rd., Ste. 800 | |
| **CITY/STATE/ZIP** | |
| Schaumburg, IL 60195 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 6191977 | 847/301-4341 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐