**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Olympic Wholesale Produce, Inc.<br><br>    v.<br><br>Tri County Produce, Inc., et al. | Case Number:<br>FILED: JULY 3, 2008<br>08CV3813<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE DENLOW<br>YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Olympic Wholesale Produce, Inc.

| |
|---|
| NAME (Type or print)<br> David A. Adelman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/  David A. Adelman |
| FIRM<br> Adelman Law Offices, P.C. |
| STREET ADDRESS<br> 1901 N. Roselle Rd., Ste. 800 |
| CITY/STATE/ZIP<br> Schaumburg, IL 60195 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6209401 | TELEPHONE NUMBER<br>847/301-4341 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐