# United States District Court for the Northern District of Illinois

Case Number: 08CV3813                    Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL              Designated Magistrate Judge: DENLOW

## FEE INFORMATION

Amount Due:   [✓] $350.00      [ ] $39.00       [ ] $5.00
              [ ] IFP          [ ] No Fee       [ ] Other _____
              [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                      Receipt #: 2908722

Date Payment Rec'd: 07/03/08             Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__4__ Original and __0__ copies on __07/03/08__ as to __DEF._____
                                    (Date)