AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

08 C 3813

### SUMMONS IN A CIVIL CASE

OLYMPIC WHOLESALE PRODUCE, INC.

CASE NUMBER:

V.

ASSIGNED JUDGE:

TRI COUNTY PRODUCE, INC., and DAVID
MARANO, ANGELO MARANO and
PATRICIA MARANO, individually

DESIGNATED
MAGISTRATE JUDGE:

JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Patricia Marano
199 Bayview Rd.
Elgin, IL 60123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart
Adelman Law Offices, P.C.
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

July 3, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *7/ July 2008* |
| NAME OF SERVER *(PRINT)* *Michael Schaefer* | TITLE | *Process Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Husband Angelo Marino*
*798 Bayview Rd Elgin Il*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL *75.00* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *7 July 2008*
_____   Date

Signature of Server

*3 Golf Center #346*
*Hoffman Est Il 60169*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
### ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED *7/7/08*

PLAINTIFF

*Olympic Wholesale*

VS.

DEFENDANT *Province*

*Patricia Minano*
*Et al*

CASE NUMBER *08C 3813*
COURT *US Dist Ct*
HEARING DATE *9 July 2008*
NAME *Patricia Minano*

SERVICE ADDRESS
*155 Bayview Rd*
*Elgin*
UNIT ____ DATE *7/7/08* TIME *3:25 pm*
COUNTY OF *Kane* ILLINOIS

TYPE OF SERVICE
*Summons Complaint*
*Temporary Restraining order*
*Letter*

ATTORNEY OR FIRM
*Adelman Law Offices*
ADDRESS
*1901 N Roselle Rd*
*Schaumburg* ILLINOI

_____ INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

__X__ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT.
AT *155 Bayview Elgin* ___ OR TO *Angelo Minano   Husband* SPOUSE OF DEFENDANT
BUSINESS _____ OR TO _____ MANAGER OF DEFENDANT
IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON _____ AT ____

_____ CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO _____ AS _____
OF SAID _____ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT

_____ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID
_____ COUNTY, STATE OF ILLINOIS.

COMMENTS: *Male white  5'7  175  Gray Bald  Early 70*

SIGNED AND SWORN TO (OR AFFIRMED) BY:
_____

BEFORE ME, THIS ____ DAY OF ____
NOTARY PUBLIC

SEAL

_____

MILEAGE ____
TOLLS ____
COST ____
FEE FOR SERVICE ____

Under penalties as provided by law pursuant to 735ILCS 5/1-109 of the Illinois code of civil Procedure, the under signed certifies that all Documents were served as set forth above
BY: _____

3 Golf Center  #346  Hoffman Estates Illinois,  60169
Ph(312)-685-8150  Fax (847)-310-9257