AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

08 C 3813

### SUMMONS IN A CIVIL CASE

OLYMPIC WHOLESALE PRODUCE, INC.

V.

TRI COUNTY PRODUCE, INC., and DAVID MARANO, ANGELO MARANO and PATRICIA MARANO, individually

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

David Marano
537 Blue Ridge Ct.
Elgin, IL 60123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart
Adelman Law Offices, P.C.
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

July 3, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE: 7 July 2008 |
| NAME OF SERVER (PRINT): Michael Schaden | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 537 Blue Ridge Ct Elgin IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10 | | 2/10 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7 July 2008        *Signature of Server*

3611 Center #346
Hoffman Es IL 60165
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED 7/7/08      CASE NUMBER 08C3813      TYPE OF SERVICE Summons Complaint Temporary Restraining Order Letter

PLAINTIFF Olympic Wholesale Produce

COURT US Dist Ct

HEARING DATE 9 July 2008

NAME David Manano

VS.
DEFENDANT David Manano

SERVICE ADDRESS 137 Blue Ridge Ct Elgin

UNIT ____ DATE 7/7/08 TIME 3:22pm
COUNTY OF Kane ILLINOIS

ATTORNEY OR FIRM Adelman Law Offices
ADDRESS 1901 N Roselle Rd
Schaumburg ILLINOIS

X  INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

___ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT. _____ OR TO _____
AT _____ OR TO _____ SPOUSE OF DEFENDANT
BUSINESS _____ MANAGER OF DEFENDANT
_____ AND INFORMING SUCH PERSON OF THEIR CONTENTS.
IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDENT ON _____ AT _____.

___ CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO _____ AS _____
OF SAID _____ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT

___ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID _____ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male White 5'8" 180lbs Black Gry hair Late 40s

SIGNED AND SWORN TO (OR AFFIRMED) BY: _____

BEFORE ME, THIS ____ DAY OF ____
NOTARY PUBLIC

SEAL

MILEAGE _____
TOLLS _____
COST _____
FEE FOR SERVICE 75.00

Under penalties as provided by law pursuant to 735ILCS 5/1-109 of the Illinois code of civil Procedure, the under signed certifies that all Documents were served as set forth above
BY: _____