AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

08 C 3813

**SUMMONS IN A CIVIL CASE**

OLYMPIC WHOLESALE PRODUCE, INC.

CASE NUMBER:

V.

ASSIGNED JUDGE: JUDGE GOTTSCHALL

TRI COUNTY PRODUCE, INC., and DAVID MARANO, ANGELO MARANO and PATRICIA MARANO, individually

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Angelo Marano
199 Bayview Rd.
Elgin, IL 60123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart
Adelman Law Offices, P.C.
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

July 3, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  7 July 2008 |
| NAME OF SERVER (PRINT)  Michael Schaefer | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 199 Bayview Rd  Elgin IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 | | 78.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7 July 2008  
_Signature of Server_

3 Golf Center #346  
Hoffman Est IL 60169  
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED 7/7/08   CASE NUMBER 08C3813   TYPE OF SERVICE Summons Complaint Temporary Restraining order Letter

PLAINTIFF Olympic Wholesale Produce
COURT 45 Dist Ct
HEARING DATE 9 July 2008
NAME Angelo Mamano

VS.
DEFENDANT Angelo Mamano Et al

SERVICE ADDRESS 155 Bayview Rd Elgin
UNIT ___ DATE 7/7/08 TIME 3:24 pm
COUNTY OF Kane ILLINOIS

ATTORNEY OR FIRM Adelman Law Office
ADDRESS 1501 N Roselle Rd Schaumburg ILLINOIS

X  INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

___ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT. ___ OR TO ___ SPOUSE OF DEFENDANT AT ___ OR TO ___ MANAGER OF DEFENDANT BUSINESS ___ AND INFORMING SUCH PERSON OF THEIR CONTENTS. IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON ___ AT ___.

___ CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO ___ AS ___ OF SAID ___ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT

___ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID ___ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male white 57 125 lbs Gray hair Early 70s

SIGNED AND SWORN TO (OR AFFIRMED) BY: ___

BEFORE ME, THIS ___ DAY OF ___
NOTARY PUBLIC

SEAL

MILEAGE 4
TOLLS ___
COST ___
FEE FOR SERVICE 75.00

Under penalties as provided by law pursuant to 735ILCS 5/1-109 of the Illinois code of civil Procedure, the under signed certifies that all Documents were served as set forth above
BY: ___

3 Golf Center #346 Hoffman Estates Illinois, 60169
Ph(312)-685-8150  Fax (847)-310-9257