**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| OLYMPIC WHOLESALE PRODUCE, INC. ) <br> an Illinois corporation, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TRI-COUNTY PRODUCE, INC., and ) <br> DAVID MARANO, ANGELO MARANO and ) <br> PATRICIA MARANO individually, ) <br> Defendants. ) | Case No. 08 –cv-3813 <br><br> Judge Gottschall <br><br> Magistrate Judge Denlow |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Temporary Restraining Order entered July 7, 2008, and letters ("Status Hearing Letters") informing the Defendants that their presence is required at the status hearing scheduled for Wednesday, July 9, 2008 at 9:30 a.m., were caused to be served via personal service, on July 7, 2008. See, Summons Returned Executed, for Tri-County Produce, Inc., David Marano, Angelo and Patricia Marano, Docket Nos. 7, 8, 9 and 10. The Status Hearing Letters are attached hereto as Group Exhibit 1, and were served on the following parties at the addresses listed below:

David Marano, individually
and as an officer of Tri-County Produce, Inc.
537 Blue Ridge Court
Elgin, IL 60123

Patricia Marano
199 Bayview Road
Elgin, IL 60123

Angelo Marano
199 Bayview Road
Elgin, IL 60123

       Respectfully submitted,

       OLYMPIC WHOLESALE PRODUCE, INC.

       By: s/ Gretchen Wehrenberg Stewart
            One of Its Attorneys

David A. Adelman, Esq.
Gretchen Wehrenberg Stewart, Esq.
ADELMAN LAW OFFICES, P.C.
Attorneys for Plaintiff
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195
Tel: 847/301-4341
Fax: 847/301-4342
adelman@pacaenforcer.com
stewart@pacaenforcer.com

**GROUP EXHIBIT 1**

Case 1:08-cv-03813   Document 11-2   Filed 07/08/2008   Page 1 of 4

# ADELMAN LAW OFFICES, P.C.

A PROFESSIONAL CORPORATION
E-Mail: Adelman@PacaEnforcer.com
www.PacaEnforcer.com

1901 N. Roselle Road, Suite 800
Schaumburg, Illinois 60195
Tel: 847/301-4341
Fax: 847/301-4342

Attorneys at Law
David A. Adelman, Esq.
Gretchen Wehrenberg Stewart, Esq.
Maria L.C. Mendoza Adleman, Esq.

Writer's Email: adelman@pacaenforcer.com

Via Personal Delivery

July 7, 2008

David Marano
537 Blue Ridge Ct.
Elgin, IL 60123

Re:   Tri-County Produce
      File No.: 2915

Dear Mr. Marano:

You are being personally served with the enclosed Temporary Restraining Order ("TRO") that freezes all corporate assets of Tri County Produce, Inc. (the "Company") and the personal assets of yourself and the other principals of the Company. **YOU ARE REQUIRED TO COMPLY WITH ALL THE PROVISIONS OF THE TRO.** Please make sure you review the provisions of the TRO very carefully. Also enclosed is a copy of the Summons and Complaint.

Lastly, be advised that the Court has set the matter for a status hearing on **Wednesday, July 9, 2008 at 9:30 a.m.** in **Room 2325** of the U.S. Courthouse located at 219 S. Dearborn in downtown Chicago, Illinois. You and the other principals are required to appear. Also, someone is required to appear on behalf of the corporation.

Feel free to call either myself or my associate Gretchen Wehrenberg Stewart if you have any questions.

Sincerely,

*[signature]*

David A. Adelman

# ADELMAN LAW OFFICES, P.C.

A PROFESSIONAL CORPORATION
E-Mail: Adelman@PacaEnforcer.com
www.PacaEnforcer.com

1901 N. Roselle Road, Suite 800
Schaumburg, Illinois 60195
Tel:  847/301-4341
Fax: 847/301-4342

Attorneys at Law
David A. Adelman, Esq.
Gretchen Wehrenberg Stewart, Esq.
Maria L.C. Mendoza Adleman, Esq.
Writer's Email:  adelman@pacaenforcer.com

Via  Personal Delivery

July 7, 2008

Angelo Marano
199 Bayview Rd.
Elgin, IL 60123

Re:     Tri-County Produce
        File No.: 2915

Dear Mr. Marano:

You are being personally served with the enclosed Temporary Restraining Order ("TRO") that freezes all corporate assets of Tri County Produce, Inc. (the "Company") and the personal assets of yourself and the other principals of the Company.  **YOU ARE REQUIRED TO COMPLY WITH ALL THE PROVISIONS OF THE TRO.**  Please make sure you review the provisions of the TRO very carefully. Also enclosed is a copy of the Summons and Complaint.

Lastly, be advised that the Court has set the matter for a status hearing on **Wednesday, July 9, 2008 at 9:30 a.m.** in **Room 2325** of the U.S. Courthouse located at 219 S. Dearborn in downtown Chicago, Illinois.  You and the other principals are required to appear.  Also, someone is required to appear on behalf of the corporation.

Feel free to call either myself or my associate Gretchen Wehrenberg Stewart if you have any questions.

Sincerely,

*(signature)*

David A. Adelman

# ADELMAN LAW OFFICES, P.C.

A PROFESSIONAL CORPORATION
E-Mail: Adelman@PacaEnforcer.com
www.PacaEnforcer.com

1901 N. Roselle Road, Suite 800
Schaumburg, Illinois 60195
Tel:  847/301-4341
Fax: 847/301-4342

Attorneys at Law
David A. Adelman, Esq.
Gretchen Wehrenberg Stewart, Esq.
Maria L.C. Mendoza Adleman, Esq.
Writer's Email:  **adelman@pacaenforcer.com**

Via Personal Delivery

July 7, 2008

Patricia Marano
199 Bayview Rd.
Elgin, IL 60123

Re:   Tri-County Produce
      File No.: 2915

Dear Ms. Marano:

You are being personally served with the enclosed Temporary Restraining Order ("TRO") that freezes all corporate assets of Tri County Produce, Inc. (the "Company") and the personal assets of yourself and the other principals of the Company.  **YOU ARE REQUIRED TO COMPLY WITH ALL THE PROVISIONS OF THE TRO.**  Please make sure you review the provisions of the TRO very carefully. Also enclosed is a copy of the Summons and Complaint.

Lastly, be advised that the Court has set the matter for a status hearing on **Wednesday, July 9, 2008 at 9:30 a.m.** in **Room 2325** of the U.S. Courthouse located at 219 S. Dearborn in downtown Chicago, Illinois.  You and the other principals are required to appear.  Also, someone is required to appear on behalf of the corporation.

Feel free to call either myself or my associate Gretchen Wehrenberg Stewart if you have any questions.

Sincerely,

David A. Adelman