Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3813 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Olympic Wholesale Produce, Inc. Vs. Tri-County Produce, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for an emergency temporary restraining order is granted. Enter Temporary Restraining Order. Temporary Restraining Order issued at 10:10am on July 7, 2008, expires 10:10am on July 21, 2008. Defendants shall be given notice of this order and Plaintiff's motion for issuance of a preliminary injunction and to consolidate the trial on the merits with the hearing on injunctive relief. Status hearing is set for 7/9/08 at 9:30AM.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

FILED
2008 JUL -7 PM 12:05
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|