## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Olympic Wholesale Produce, Inc.
                                Plaintiff,

v.                                             Case No.: 1:08−cv−03813
                                                      Honorable Joan B. Gottschall

Tri County Produce, Inc., et al.
                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 7/9/2008. Oral motion by Plaintiff's counsel to extend temporary restraining order is granted. Temporary Restraining Order is extended to 8/4/08. ( Status hearing set for 7/30/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.