UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Olympic Wholesale Produce, Inc.
         Plaintiff,

v.            Case No.: 1:08−cv−03813
            Honorable Joan B. Gottschall

Tri County Produce, Inc., et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

  MINUTE entry before the Honorable Charles R. Norgle, Sr:In court hearing held in Related Case No. 08 C 3660 held on 7/25/2008. Status hearing set for 7/30/2008 in case No. 08 C 3813 is stricken. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.