# United States District Court
# Northern District of Illinois



In the Matter of

Olympic Wholesale Produce, Inc.

v.

Tri County Produce, Inc., et al.

Case No. 08 C 3813

Designated Magistrate Judge
~~Morton Denlow~~ Nolan

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Joan B. Gottschall** to be related to 08 C 3660 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_Judge Charles R. Norgle_

Dated: July 28, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Charles R. Norgle**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_Chief Judge James F. Holderman_

Dated: **JUL 2 9 2008**

Finding of Relatedness (Rev. 9/99)